IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:18-cv-00074 |
| v. | ) ) ) | Chief Judge Crenshaw/ Magistrate Judge Frensley |
| MAGNETI MARELLI OF TENNESSEE, LLC | ) ) ) ) | Jury Demand |
| Defendant. | ) | |

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Equal Employment Opportunity Commission (the "Commission"), submits this motion pursuant to the Initial Case Management Order filed by this Court on January 2, 2019 (Doc. No. 13) and respectfully moves this Court for leave to file a Motion for Partial Summary Judgment. The Commission attempted to confer with opposing counsel regarding the instant motion; however, opposing counsel has not provided its response at the time of this writing.

In support of its motion, the Commission relies upon its contemporaneously filed Memorandum in Support of Motion for Leave to File Motion for Partial Summary Judgment.

Respectfully submitted,

**Sharon Fast Gustafson**
General Counsel

**Gwendolyn Young Reams**
Associate General Counsel

**Faye A. Williams**
Regional Attorney
TN Bar No. 011730

s/ *Jason P. Bailey*
**Jason P. Bailey**
Trial Attorney
Arkansas Bar No. 2015228
jason.bailey@eeoc.gov

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Memphis District Office
1407 Union Avenue, Suite 901
Memphis, TN 38104
Telephone: (901) 544-0158

s/ *Mark Chen*
**Mark Chen**
Trial Attorney
Tennessee Bar No. 14268
mark.chen@eeoc.gov

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Nashville Area Office
220 Athens Way, Suite 350
Nashville, TN 37228-9940
Telephone: (615) 736-5748

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 25, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Mekesha H. Montgomery
Zachary W. Hoyt
**Frost Brown Todd LLC**
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
MMontgomery@fbtlaw.com
zhoyt@fbtlaw.com

*Attorneys for Defendant Magneti Marelli of Tennessee, LLC*

                                        s/ *Jason P. Bailey*
                                        Jason P. Bailey